No. 93–767. FORTNER v. UNITED STATES. Ct. Mil. App. Certiorari denied. ▐

No. 93–771. HUNT v. UNITED STATES. Ct. Mil. App. Certiorari denied. ▐

No. 93–793. BENT v. MASSACHUSETTS GENERAL HOSPITAL ET AL. C. A. 1st Cir. Certiorari denied. ▐

No. 93–796. WHITE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. ▐

No. 93–803. NORTHWEST AIRLINES, INC. v. WEST; and
No. 93–901. WEST v. NORTHWEST AIRLINES, INC. C. A. 9th Cir. Certiorari denied. ▐

No. 93–804. LINDSEY, STEPHENSON & LINDSEY v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Certiorari denied. ▐

No. 93–816. HERRING v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▐

No. 93–822. BANCO COOPERATIVO DE PUERTO RICO v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 1st Cir. Certiorari denied. ▐

No. 93–825. GREATER ROCKFORD ENERGY & TECHNOLOGY CORP. ET AL. v. SHELL OIL CO. ET AL. C. A. 7th Cir. Certiorari denied. ▐

No. 93–831. RENNIE ET AL. v. DALTON, SECRETARY OF THE NAVY. C. A. 7th Cir. Certiorari denied. ▐

No. 93–832. ST. ELIZABETH MEDICAL CENTER v. BROWNING ET AL. Sup. Ct. Ohio. Certiorari denied. ▐

No. 93–841. CITY OF NEW YORK ET AL. v. HERTZ CORP.; and
No. 93–1005. HERTZ CORP. v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. ▐

No. 93–852. MERSHON ET AL. v. BEASLEY ET AL. C. A. 8th Cir. Certiorari denied. ▐